U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED    LAFAYETTE

JUN 25 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| DONALD LEE THIEKE<br>LA. DOC #572306<br>VS. | CIVIL ACTION NO. 6:14-cv-2947<br><br>SECTION P<br><br>JUDGE RICHARD T. HAIK, SR. |
| FRANKLIN PARISH DETENTION<br>CENTER, ET AL. | MAGISTRATE JUDGE PATRICK J. HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint filed pursuant to 42 U.S.C. §1983 be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief my be granted.

The Clerk of Court is directed to send a copy of this Judgment to the Keeper of the Three Strikes List, Tyler, Texas.

THUS DONE AND SIGNED, in chambers, Lafayette, Louisiana, on this 24th day of June, 2015.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE